UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICK MOYE, | ) | 1:11-cv—02131-AWI-SKO-HC |
| | ) | |
| Petitioner, | ) | ORDER PERMITTING PETITIONER TO |
| | ) | FILE A SUPPLEMENTAL TRAVERSE IN |
| | ) | RESPONSE TO RESPONDENT'S |
| v. | ) | SUPPLEMENTAL ANSWER (DOC. 19) NO |
| | ) | LATER THAN THIRTY (30) DAYS AFTER |
| H. A. RIOS, JR., | ) | THE DATE OF SERVICE OF THIS ORDER |
| | ) | |
| Respondent. | ) | <u>DEADLINE FOR FILING THE</u> |
| | ) | <u>SUPPLEMENTAL TRAVERSE:</u> |
| | ) | <u>THIRTY (30) DAYS AFTER SERVICE</u> |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pending before the Court is the petition, which was filed on December 27, 2011. Respondent filed an answer on May 7, 2012, and Petitioner filed a traverse on June 28, 2012, at which time it appeared that the pleadings were complete.

On August 9, 2012, Respondent filed a supplement to the answer to the petition.

Good cause appearing, the Court <u>sua sponte</u> grants to Petitioner thirty days in which to file a supplemental traverse

1

in order to respond to Respondent's supplemental answer.

Petitioner may FILE a supplemental traverse no later than thirty (30) days after the date of service of this order.

IT IS SO ORDERED.

**Dated:   August 29, 2012**                         /s/ Sheila K. Oberto
                                                       UNITED STATES MAGISTRATE JUDGE