UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK MOYE,<br><br>        Petitioner,<br><br>  v.<br><br>H. A. RIOS, JR.,<br><br>        Respondent. | 1:11-cv–02131-AWI-SKO-HC<br><br>ORDER PERMITTING PETITIONER TO FILE A SUPPLEMENTAL TRAVERSE IN RESPONSE TO RESPONDENT'S SUPPLEMENTAL ANSWER (DOC. 19) NO LATER THAN THIRTY (30) DAYS AFTER THE DATE OF SERVICE OF THIS ORDER<br><br><u>DEADLINE FOR FILING THE SUPPLEMENTAL TRAVERSE:</u><br><u>THIRTY (30) DAYS AFTER SERVICE</u> |

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pending before the Court is the petition, which was filed on December 27, 2011. Respondent filed an answer on May 7, 2012, and Petitioner filed a traverse on June 28, 2012, at which time it appeared that the pleadings were complete.

    On August 9, 2012, Respondent filed a supplement to the answer to the petition.

    Good cause appearing, the Court <u>sua sponte</u> grants to Petitioner thirty days in which to file a supplemental traverse

1

in order to respond to Respondent's supplemental answer.

Petitioner may FILE a supplemental traverse no later than thirty (30) days after the date of service of this order.

IT IS SO ORDERED.

**Dated:   August 29, 2012**                    /s/ Sheila K. Oberto
                                                                UNITED STATES MAGISTRATE JUDGE