# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK MOYE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>H. A. RIOS, Jr.,<br><br>　　　　　Respondent. | Case No. 1:11-cv-02131-AWI-SKO-HC<br><br>ORDER RE: FINDINGS AND RECOMMENDATIONS (DOC. 23)<br><br>ORDER DENYING THE PETITION FOR WRIT OF HABEAS CORPUS (DOC. 1) AND DIRECTING THE ENTRY OF JUDGMENT FOR RESPONDENT<br><br>ORDER DECLINING TO ISSUE A CERTIFICATE OF APPEALABILITY |

　　　Petitioner is a federal prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 through 304.

　　　On March 30, 2015, the Magistrate Judge filed findings and recommendations to deny the petition for writ of habeas corpus, direct the entry of judgment for Respondent, and decline to issue a certificate of appealability. The findings and recommendations were served on all parties on the same date. The findings and recommendations advised the parties that objections could be filed within thirty days and replies within fourteen days after the filing

1

of objections. Although the thirty-day period for the filing of objections has passed, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the report and recommendations are supported by the record and proper analysis. Thus, the Court will adopt the findings and recommendations in full.

Accordingly, it is ORDERED that:

1) The petition for writ of habeas corpus is DENIED; and

2) The Clerk is DIRECTED to enter judgment for Respondent; and

3) The Court DECLINES to issue a certificate of appealability.

IT IS SO ORDERED.

Dated:   May 20, 2015                            _____
                                                 SENIOR DISTRICT JUDGE